BLANK ROME, LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COSCO BULK CARRIER CO. LTD.,

    Plaintiff,

v.

HAWKNET LTD.,

    Defendant.

---

07 Civ. 8409 (HB)

**NOTICE OF DISMISSAL**

WHEREAS Defendant has not appeared or answered but has provided substitute security acceptable to Plaintiff in respect of the matters alleged herein, the Plaintiff, through its undersigned counsel, pursuant to F. R. Civ. P. Rule 41(a)(1) dismisses this action without prejudice and without costs.

Dated: New York, New York
   October 5, 2007

                Respectfully submitted,

                BLANK ROME LLP
                Attorneys for Plaintiff

                By: _____
                Jeremy J.O. Harwood (JH-9012)
                The Chrysler Building
                405 Lexington Avenue
                New York, New York 10174
                Tel: (212) 885-5000
                Fax: (212) 885-5001

TO: Keith Heard, Esq.
   Burke & Parsons
   Attorney for Defendant
   100 Park Avenue
   New York, NY 10017

*[Handwritten notation: The Clerk is instructed to remove this matter from my docket. SO ORDERED: [signature] U.S.D.J.]*

900200.00001/6580201v.1